BRIAN J. STRETCH
United States Attorney
DEBORAH L. STACHEL
Acting Regional Chief Counsel
Social Security Administration
PAUL SACHELARI, CSBN 230082
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, CA  94105
    Telephone: 415-977-8933
    Facsimile: 415-744-0134
    Email: paul.sachelari@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| JUDITH ANNE ENGELSMA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ) <br> ) <br> CAROLYN W. COLVIN, Acting ) <br> Commissioner of Social Security, ) <br> ) <br> Defendant. ) <br> _____ ) | No. 1:15-cv-04427-NJV <br><br> STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT; <br> [PROPOSED] ORDER |

    THE PARTIES HEREBY STIPULATE, through their undersigned attorneys and with the approval of the Court, that Defendant has agreed to a voluntary remand of this case pursuant to sentence four of 42 U.S.C. § 405(g). The purpose of the remand is to offer Plaintiff a new hearing and decision.

    Upon remand, an Administrative Law Judge (ALJ) will re-evaluate the medical source opinions in the record.  The ALJ will further consider Plaintiff's residual functional capacity.  The ALJ will update the medical evidence, and Plaintiff will be offered an opportunity for a hearing.  Finally, the ALJ will take any other actions he or she deems necessary to make a decision.

Remand Stip.; 1:15-cv-04427-NJV        1

As noted, this stipulation constitutes a remand under the *fourth sentence* of Section 205(g) of the Social Security Act.  42 U.S.C. § 405(g).

Respectfully submitted,

Date:  *April 11, 2016*  */s/ Kenneth J. Collins\**
KENNETH J. COLLINS
(*\* by email authorization*)

Attorney for Plaintiff

Date:  *April 11, 2016*  BRIAN J. STRETCH
United States Attorney
DEBORAH L. STACHEL
Acting Regional Chief Counsel
Social Security Administration

BY:   */s/ Paul Sachelari*
PAUL SACHELARI
Special Assistant United States Attorney

Attorneys for Defendant

<u>ORDER</u>

APPROVED AND SO ORDERED.

DATED:  May 18, 2016                    _____
HONORABLE NANDOR J. VADAS
UNITED STATES MAGISTRATE JUDGE